IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEC - 5 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 1:07CR309-MHT |
| v. | ) | [18 USC § 1708; |
| | ) | 18 USC § 1344] |
| | ) | |
| SUSAN MCDANIEL | ) | |
| a.k.a. "Susan Hilyer McDaniel" | ) | INDICTMENT |

The Grand Jury charges:

## COUNTS 1-3

From on or about March 3, 2007, to on or about March 5, 2007, in the locations listed below, all within the Middle District of Alabama,

SUSAN MCDANIEL,
a.k.a. "Susan Hilyer McDaniel,"

defendant herein, did steal and take from, and out of, an authorized depository for mail matter at the locations listed below, and which had been left for collection in an authorized depository at the locations listed below, the item(s) identified below, and unlawfully possessed the item(s) identified below, which had been stolen and taken from, and out of, an authorized depository for mail matter, knowing the same to have been stolen or taken:

| COUNT | LOCATION | VICTIM | MAIL MATTER |
|---|---|---|---|
| 1 | 300 Briarhill Road Abbeville, Alabama, Henry County, Alabama | S.P.G. | City of Abbeville Payment, Check #1115, Amount: $78.36 (Wachovia Bank, N.A.) |
| 2 | 300 Briarhill Road Abbeville, Alabama, Henry County, Alabama | S.P.G. | Home Depot Payment, Check #1116, Amount: $70.00 (Wachovia Bank, N.A.) |
| 3 | 102 Martinson Drive, Abbeville, Alabama, Henry County, Alabama | S.W. | Lowes of Dothan Payment, Check #4768, Amount: $283.24 (Wachovia Bank, N.A.) |

All in violation of Title 18, United States Code, Section 1708.

COUNTS 4-6

From on or about March 3, 2007, to on or about March 5, 2007, in Henry County, within the Middle District of Alabama,

SUSAN MCDANIEL,
a.k.a. "Susan Hilyer McDaniel,"

defendant herein, did knowingly and willfully execute and attempt to execute a scheme and artifice to defraud, and to obtain money owned by and under the custody or control of, Wachovia Bank, N.A., a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises. The scheme to defraud consisted of the defendant presenting stolen and forged checks for cash, services, and merchandise, to wit:

| Count | Date of Check | Check Number | Payee | Amount |
|---|---|---|---|---|
| 4 | March 3, 2007 | 1115 | City of Rehobeth | $78.36 |
| 5 | March 3, 2007 | 1116 | Murphy USA | $70.00 |
| 6 | March 5, 2007 | 4768 | Big Lots | $283.24 |

All in violation of Title 18, United States Code, Section 1344.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Jerusha T. Adams
Assistant United States Attorney