IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07-CR-309-MHT |
| | ) | |
| SUSAN MCDANIEL | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc. #4), filed 20 December 2007, and for good cause shown, it is

ORDERED that the motion (Doc. #4) is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Tutwiler Prison, Wetumpka, Alabama, commanding them to deliver the said prisoner, SUSAN MCDANIEL, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court in Montgomery, Alabama, for arraignment at 10:30 a.m. on January 23, 2008, and to return said prisoner, to said official when the Court has finished with her.

DONE this 21st day of December, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE