IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO: 1:07-CR-309-MHT |
| ) | |
| SUSAN MCDANIEL ) | |

## WAIVER BY DEFENDANT OF PROVISIONS OF INTERSTATE AGREEMENT ON DETAINERS

Now comes the Defendant, **SUSAN MCDANIEL**, and hereby waives the applicability of any provisions of the Interstate Agreement on Detainers Act. Ms. McDaniel further stipulates that the United States Marshal may transport and return her to the custody of the State of Alabama and requests such transportation as soon as possible.

_Susan McDaniel_
SUSAN MCDANIEL

Date: 3-13-08

_Michael Petersen_
MICHAEL J. PETERSEN
ATTORNEY FOR SUSAN MCDANIEL

Date: 3/13/2008

FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
TEL: (334) 834-2099
FAX: (334) 834-0353

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | CASE NO: 1:07-CR-309-MHT |
| ) | |
| SUSAN MCDANIEL ) | |

CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of March 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jerusha Adams, Esq., Assistant U.S. Attorney, 131 Clayton Street, Montgomery, AL 36101.

MICHAEL J. PETERSEN
Assistant Federal Defender
Ala. Bar No.: ASB5072-E48M
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org

2