IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07-CR-309-MHT |
| | ) | |
| SUSAN MCDANIEL | ) | |

**ORDER ON MOTION**

Upon consideration of the Unopposed Motion for Return of Defendant to State Custody (Doc. #19), filed 14 March 2008, and Defendant's Waiver of Rights Under Interstate Agreement on Detainers (Doc. #18), it is

ORDERED that the Motion (Doc. #19) is GRANTED. The United States Marshal Service is directed to return Defendant to the Tutwiler Correctional Facility, where she shall remain until the time of her sentencing on 21 May 2008 at 10:00 a.m. before the Honorable Myron H. Thompson.

DONE this 17th day of March 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE