IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr309-MHT |
| | ) | |
| SUSAN MCDANIEL | ) | |

**ORDER**

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed May 13, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Tutwiler Prison, Wetumpka, Alabama, commanding them to deliver Susan McDaniel, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on May 21, 2008, at 10:00 a.m., and to return the prisoner to said official when the court shall have finished with her.

DONE this 13th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE