**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **1:07cr309-MHT** |
| | ) | **(WO)** |
| **SUSAN McDANIEL** | ) | |

**ORDER**

This case is before the court on the probation officer's petition for early termination of supervised release (Doc. 75). The government does not oppose the motion. The probation officer's memorandum notes defendant Susan McDaniel's compliance with all terms of supervised release, her stable residence and employment, her consistently negative drug tests, and her payment of all court costs. Based on these factors, and McDaniel's completion of three of her four-year term of supervised release, the court concludes that early termination of supervised release is appropriate.

Accordingly, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Susan McDaniel's term of supervised release is terminated effective immediately and she is discharged.

DONE, this the 17th day of October, 2024.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE